JOSEPH D. ROTELLA, ESQ.
744 Broad Street, Suite 1520
Newark, NJ 07102
(973) 621-0333

Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael A. Shipp |
| v. | Magis. No. 10-4147(MAS) |
| EDWARD M. HA | ORDER AMENDING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |

This matter having been opened to the Court by application of defendant Edward M. Ha, through his counsel Joseph D. Rotella, Esq., for an Order amending the defendant's pretrial release conditions; and the U.S. Attorney's Office, by Anthony Moscato, consenting thereto; and U.S. Pretrial Services having no objections; and for good cause shown,

IT IS, THEREFORE, on this _27th_ day of _March_, 2012

ORDERED, that the defendant, Edward M. Ha, is hereby permitted to travel for business purposes from the U.S. to Korea on 4/19/11, and returning to the U.S. on 5/25/12; and it is further

ORDERED, that the defendant's U.S. passport be returned to him by U.S. Pretrial Services in sufficient time for him to travel as set forth above; and it is further

ORDERED, that the defendant shall forthwith return his U.S. passport to Pretrial Services within 48 hours of his return to the U.S.; and it is further

ORDERED, that all other conditions of his pretrial release shall remain in effect.

_____
HON. MICHAEL A. SHIPP
United States Magistrate Judge

The undersigned hereby consent
to the form and entry of the
within Order.

U.S. ATTORNEY'S OFFICE

_____
ANTHONY MOSCATO

_____
JOSEPH D. ROTELLA, ESQ.
Attorney for Defendant, Edward Ha